# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ADONIUS BAILEY,

    Plaintiff,

v.                          CASE NO. 4:19cv321-RH-CAS

WAKULLA CORRECTIONAL
INSTITUTION ANNEX,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice."

SO ORDERED on November 21, 2019.

                                        s/Robert L. Hinkle
                                        United States District Judge